# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160891(99)(104)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

YANN IANNUCCI,
          Plaintiff-Appellant,

v

JULIE MICHELLE JONES,
          Defendant,

and

MACOMB COUNTY FRIEND OF THE COURT,
          Appellee.

SC: 160891
COA: 345886
Macomb CC: 2010-006282-DM

_____/

      On order of the Court, the motion for reconsideration of this Court's September 8, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion to exceed the page limitation for the motion for reconsideration is GRANTED.



a1116

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk